UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED VICARIO,<br><br>            Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>            Respondent. | Case No. EDCV 10-1996 CJC(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge and petitioner's "Answer to Magistrate Judge's Report & Recommendation" ("Answer"). The Court approves and adopts the United States Magistrate Judge's Report and Recommendation and grants plaintiff's request in the Answer, to dismiss the Petition.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
United States Magistrate Judge's Report and Recommendation, and the Judgment
herein on petitioner and on any counsel for respondent.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 11, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE