JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED VICARIO, ) | Case No. EDCV 10-1996 CJC(JC) |
| Petitioner, ) | (~~PROPOSED~~) |
| v. ) | JUDGMENT |
| JAMES A. YATES, Warden, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED:  April 11, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE